**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CASSADA | : | 02-1501 |
| HOLDER | : | 02-1504 |
| EJAN | : | 02-1522 |
| BENNERSON | : | 02-1529 |
| MAXWELL | : | 02-1569 |
| JOYNER | : | 02-1613 |
| MIRANDA | : | 02-1656 |
| WIELAND | : | 02-1801 |
| LEDBETTER | : | 02-2007 |
| MIKE | : | 02-2053 |
| PETERS | : | 02-2311 |
| THORSTEINSON | : | 02-2325 |
| NICELY | : | 02-2326 |
| CLAY | : | 02-2368 |
| CENTRA | : | 02-2370 |
| BOWE | : | 02-2374 |
| NESS | : | 02-2444 |
| KNIGHT | : | 02-2449 |
| MCRAE | : | 02-2469 |
| MARTINEZ | : | 02-2492 |
| ERRICO | : | 02-2586 |
| CONTRERAS | : | 02-3043 |
| JOHNSON | : | 02-3059 |
| TODD | : | 02-3073 |
| CHRANOWSKI | : | 02-3086 |
| | : | |
| VS. | : | |
| | : | |
| BAYER CORPORATION, *et al.* | : | |

**O R D E R**

**AND NOW,** this 4th day of June, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[      ]    -    Order staying these proceedings pending disposition of a related action.

[     ]     -     Order staying these proceedings pending determination of arbitration proceedings.

[     ]     -     Interlocutory appeal filed.

[  X  ]     -     Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**


_____

**Petrese B. Tucker, Judge**